UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHELLE HUNT,                          )      NO. EDCV 08-00299-MAN
                                        )
              Plaintiff,                )
                                        )      JUDGMENT
         v.                             )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
              Defendant.                )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is reversed, and the cause is remanded for
further proceedings consistent with the provisions of the Memorandum
Opinion.

DATED: May 29, 2009

                                        _____
                                                    /s/
                                            MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE