1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Michele Hunt

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MICHELE HUNT,                          ) Case No.: CV 08-299 MAN
                                           )
12 |     Plaintiff,                        ) [~~PROPOSED~~] ORDER AWARDING
                                           ) EQUAL ACCESS TO JUSTICE ACT
13 |     vs.                               ) ATTORNEY FEES PURSUANT TO
                                           ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE, Commissioner )
    of Social Security,                    )
15                                         )
         Defendant                         )
16                                         )
                                           )
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

21 the amount of $3,250.00, as authorized by 28 U.S.C. § 2412(d), subject to the

22 terms of the above-referenced Stipulation.

23 DATE: September 3, 2009

24                              _____/s/_____
                                THE HONORABLE MARGARET A. NAGLE,
25                              UNITED STATES MAGISTRATE JUDGE

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ Steven G. Rosales
_____
4  Steven G. Rosales
Attorney for plaintiff Michele Hunt

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26